# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLIOIS
### EASTERN DIVISION

IN RE:  )
THE LUTHERAN FAMILY MISSION,  )
 )
DEBTOR  ) Chapter 7
 )
_____  )
RICHARD M. FOGEL, NOT INDIVIDUALLY,  )
BUT AS CHAPTER 7 TRUSTEE OF THE ESTATE OF  )
THE LUTHERAN FAMILY MISSION  )
 )
 )
Plaintiff,  )
v  ) Case No. 06-09370
 )
NYA BERRY, DARIUS BOLLING, JULIA  ) Hon. Susan Pierson Sonderby
BOWENS, RODNEY FALLS, ERIC GRANT,  )
MICHELLE HARRELL, RALPH LAND,  )
RALPH LAND & CO., CPA, ANGELA  ) Adv. Proc. No. 08 A 20
O'BANION, MICHAEL PLATT, VINCE  )
RAGLAND, RICK STUCKEY, LOU  )
SVENDSON AND EMMETT VAUGHN,  )
 )
Defendants.  )

## AFFIDAVIT FOR PROOF OF SERVICE BY MAILING

Kevin R. Krantz on oath states as to Defendants, NYA BERRY, DARIUS BOLLING, JULIA BOWENS, RODNEY FALLS, ERIC GRANT, MICHELLE HARRELL, RALPH LAND, RALPH LAND & CO., CPA, ANGELA O'BANION, MICHAEL PLATT VINCE RAGLAND, RICK STUCKEY, LOU SVENDSON AND EMMETT VAUGHN:

1.　The above captioned adversarial complaint was filed on **January 9, 2008**.

2.　Summons was issued by the Clerk of the Court on **January 9, 2008**.

3.　Pursuant to Rule 7004(b)(1), service was made on the afore named defendants by Plaintiff's depositing of a copy of the complaint and summon in the United States Mail, postage prepaid via regular first

class mail and certified mail, return receipt requested at the mail deposit box located at 55 W. Monroe Street, Chicago, Illinois on **January 9, 2008.**

4.      Certified mail receipts were received back from Angela O'Banion, Ralph Land, Emmett Vaughn, Eric Grant, and Vince Ragland.

5.      Mailings were returned as undeliverable from Lou Svendson, Darius Bolling, Rick Stuckey and Nya Berry.

6.      A Michelle Harrell was served, but later contacted Plaintiff's counsel to state that she was not the MICHELLE HARRELL who was alleged to be a director of the Debtor.

7.      Counsel has filed an appearance on behalf of defendants, NYA BERRY, DARIUS BOLLING, RODNEY FALLS, ANGELA O'BANION, ERIC GRANT, and EMMETT VAUGHN.

8.      Service has been effected on the following defendants: NYA BERRY, DARIUS BOLLING, RODNEY FALLS, ANGELA O'BANION, ERIC GRANT, EMMETT VAUGHN, VINCE RAGLAND, RALPH LAND, and RALPH LAND & CO, CPA.

9.      Plaintiff has been unable to serve the following named Defendants because no proper address has been located: RICK STUCKEY, LOU SVENDSON, JULIA BOWENS.

10.      A Michelle Harrell was served, but she was not the correct person named as a Defendant in this matter.

Affiant: _____

Subscribed and sworn to before me this 7 day
of April, 2008.

Notary Public _____

OFFICIAL SEAL
SHERRI L. SCHULTZ
Notary Public - State of Illinois
My Commission Expires Nov 27, 2011

Scott N. Schreiber, ARDC No. 06191042
Kevin R. Krantz, ARDC NO. 6207327
Stahl Cowen Crowley Addis LLC
55 West Monroe, Suite 1200
Chicago, IL 60603
Telephone: (312) 641-0060