IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re | Chapter 7 |
| THE LUTHERAN FAMILY MISSION, | Case No. 06 B 09370 |
| Debtor. | Hon. Susan Pierson Sonderby |
| RICHARD M. FOGEL, not Individually, but as Chapter 7 Trustee of the Estate of The Lutheran Family Mission | Adv. Pro. No. 08 A 20 |
| Plaintiff, | |
| Vs. | |
| NYA BERRY; DARIUS BOLLING, JULIA BOWENS; RODNEY FALLS; ERIC GRANT; MICHELLE HARRELL; RALPH LAND; RALPH LAND & CO., C.P.A; ANGELA O'BANION; MICHAEL PLATT; VINCE RAGLAND; RICK STUCKEY; LOU SVENDSON; EMMETT VAUGHN | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Scott N. Schreiber, an attorney, certify that I caused the Motion for Default Judgment and Notice thereof to be served upon the following persons, on or before the hour of 5:00 pm on this 16th day of December, 2008 as indicated:

Mr. Keith E. Allen
Mr. Stephen J. Rosenfeld
Mandell, Menkes LLC
333 W. Wacker Drive
Suite 300
Chicago, Illinois 60606

Mr. Ralph Land
4001 W. 95th
Oak Lawn, IL 60453

Respectfully submitted,

By: /s/ Scott N. Schreiber
One of Its Attorneys

Scott N. Schreiber, ARDC No. 06191042
Kevin R. Krantz, ARDC No. 6207327
STAHL COWEN CROWLEY ADDIS, LLC
55 W. Monroe Street, Suite 1200
Chicago, IL 60603
Telephone: (312) 377-7855
Facsimile: (312) 423-8187