# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| THE LUTHERAN FAMILY MISSION, | ) | Case No. 06-09370 |
| | ) | |
| Debtor. | ) | Hon. Susan Pierson Sonderby |
| | ) | |
| RICHARD M. FOGEL, not Individually, but as Chapter 7 Trustee of the Estate of The Lutheran Family Mission | ) ) ) ) | Adv. Pro. No. 08 A 00020 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| NYA BERRY; DARIUS BOLLING, JULIA BOWENS; RODNEY FALLS; ERIC GRANT; MICHELLE HARRELL; RALPH LAND; RALPH LAND & CO., C.P.A; ANGELA O'BANION; MICHAEL PLATT; VINCE RAGLAND; RICK STUCKEY; LOU SVENDSON; EMMETT VAUGHN | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## AFFIDAVIT OF RICHARD M. FOGEL

| | |
|---|---|
| State of Illinois | ) |
| | ) ss |
| County of Cook | ) |

THE UNDERSIGNED, Richard M. Fogel, not individually, but solely as Chapter 7 Trustee ("Trustee") of the Estate of the Lutheran Family Mission, affirmative states and swears the following:

1. I am the Chapter 7 Trustee in the above captioned matter.

2. The facts stated herein are based upon my personal knowledge or are otherwise based on facts that I believe to true and correct.

3. If called upon to testify as to the matters stated herein I would and could competently testify to the same.

4. Due to the claims asserted against Ralph Land and Ralph Land & Co., C.P.A. in the above captioned matter, the estate has suffered damages.

5. The sum of the total damages is in the amount of $1,960,080.52, which represent the unsecured, secured and priority claims asserted in the bankruptcy case.

Attested to this 16TH day of December, 2008

By: _____
Richard M. Fogel, not individually,
But solely as Chapter 7 Trustee of
the Estate of the Lutheran Family
Mission

I __Gina Diaz_____, being a notary public for the State of Illinois do hereby confirm by my signature and seal the Richard M. Fogel is personally known to me, and did on the date set forth above sign this Affidavit with his hand.

_____
Notary

OFFICIAL SEAL
GINA DIAZ
NOTARY PUBLIC - STATE OF ILLINOIS
Seal MY COMMISSION EXPIRES:08/18/12

Dated: 12/16/08

2