# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: ) | Case No. 06 - 09370 |
| ) | Chapter 7 |
| THE LUTHERAN FAMILY MISSION, ) | Judge Susan Pierson Sonderby |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| RICHARD M. FOGEL, TRUSTEE, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Adversary No. 08-0020 |
| ) | |
| NYA BERRY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE

This cause coming on to be heard for status on the complaint of Richard M. Fogel, the chapter 7 trustee (the "Trustee") of the bankruptcy estate of The Lutheran Family Mission (the "Debtor"), the Trustee having settled with all of the defendants except Ralph Land and Ralph Land & Co. (collectively, "Land"), no answer or motion having been filed by Land, the Trustee having requested a voluntary dismissal without prejudice pursuant to FRBP 7041(a)(2), and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED THAT:**

1. The above-referenced adversary complaint is hereby dismissed as to Land without prejudice and without costs to either party.

ENTER:

Judge Susan Pierson Sonderby

{5774 ORD A0256934.DOC} A0256934.DOC

APR 07 2010

1